No. 14,091.

McNEIL COAL CORPORATION ET AL. *v*. CORCORAN ET AL.
(65 P. [2d] 1439)

Decided February 15, 1937.

Judgment affirmed in department without written opinion, Mr. Chief Justice Burke, Mr. Justice Young and Mr. Justice Knous participating.

---

Mr. FRANK C. WEST, for plaintiffs in error.

Mr. BYRON G. ROGERS, Attorney General, Mr. LOUIS SCHIFF, Assistant, for defendants in error.